# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| LEDELL LEE<br>ADC #000936 | | PLAINTIFF |
| v. | No. 4:17-cv-256-DPM | |
| LARRY JEGLEY, Prosecuting Attorney<br>for the Sixth Judicial District of Arkansas;<br>GEOFFREY HERWEG, Chief, Jacksonville<br>Police Department; WILLIAM J. BRYANT,<br>Director, Arkansas State Police; and WENDY<br>KELLEY, Director, Arkansas Department of<br>Correction, all in their official capacities | | DEFENDANTS |

## ORDER

The Court would appreciate a status report by 17 May 2017.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

3 May 2017