IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LEDELL LEE**
**ADC #000936**                                                                                    **PLAINTIFF**

v.                                   No. 4:17-cv-256-DPM

**LARRY JEGLEY**, Prosecuting Attorney
for the Sixth Judicial District of Arkansas;
**GEOFFREY HERWEG**, Chief, Jacksonville
Police Department; **WILLIAM J. BRYANT**,
Director, Arkansas State Police; and **WENDY
KELLEY**, Director, Arkansas Department of
Correction, all in their official capacities                                    **DEFENDANTS**

ORDER

There's been no activity on the docket since mid-May. In the circumstances, the Court will dismiss the complaint without prejudice for failure to prosecute unless some party requests some other action by 11 August 2017.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 July 2017