IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE
ADC #000936                                                          PLAINTIFF

v.                              No. 4:17-cv-256-DPM

LARRY JEGLEY, Prosecuting Attorney
for the Sixth Judicial District of Arkansas;
GEOFFREY HERWEG, Chief, Jacksonville
Police Department; WILLIAM J. BRYANT,
Director, Arkansas State Police; and WENDY
KELLEY, Director, Arkansas Department of
Correction, all in their official capacities                         DEFENDANTS

## ORDER

No party has responded to the Court's 27 July 2017 Order; and the time to do so has passed. № 15. The Court will therefore dismiss the complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2017