IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEDELL LEE
ADC #000936                                                    PLAINTIFF

v.                        No. 4:17-cv-256-DPM

LARRY JEGLEY, Prosecuting Attorney
for the Sixth Judicial District of Arkansas;
GEOFFREY HERWEG, Chief, Jacksonville
Police Department; WILLIAM J. BRYANT,
Director, Arkansas State Police; and WENDY
KELLEY, Director, Arkansas Department of
Correction, all in their official capacities              DEFENDANTS

## JUDGMENT

Lee's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2017